JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKLYN CHEN, an individual;<br>COLEEN REINERTSON, an<br>individual,<br><br>                        Plaintiffs,<br>vs.<br><br>FORD MOTOR COMPANY, A<br>Delaware Corporation; and DOES 1<br>through 20, inclusive<br><br>                        Defendants. | CV 18-00205-AB (FFMx)<br><br>**ORDER** |

    The Joint Stipulation for Dismissal is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Date: November 3, 2022

_____
Honorable Andre Birotte Jr.
Judge of the United States District Court

1